UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 24-CR-00274 (1) (JMB/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Willie Henry McDaniel, Jr., | |
| Defendant. | |

---

David Green, United States Attorney's Office, Minneapolis, MN, for Plaintiff United States of America.

Deborah K. Ellis, Ellis Law Office, St. Paul, MN, for Defendant Willie Henry McDaniel, Jr.

---

This matter is before the Court on Defendant Willie Henry McDaniel Jr.'s unopposed motion to exclude time under the Speedy Trial Act. (Doc. No. 37.)

On February 11, 2025, the Court granted the Government's motion to exclude forty days of time under the Speedy Trial Act. (Doc. No. 33.) In its motion, the Government represented to the Court that testing results would be completed on or before February 20, 2025. (Doc. No. 31 at 1.) However, McDaniel has not yet received complete laboratory results of the seized substances, and the Government has purportedly informed McDaniel that the laboratory requires an additional thirty business days to complete its testing. (Doc. No. 37 at 1.)

1

McDaniel now moves to exclude an additional eighty-one days from Speedy Trial Act calculations, from the date of March 10, 2025, through May 30, 2025, to permit the completion of laboratory testing. (Doc. Nos. 37, 38.) The Government has filed no response to McDaniel's motion.

Under 18 U.S.C. § 3161(h)(7)(B)(i), the Court finds that a miscarriage of justice would result if time were not excluded under these circumstances. For reasons stated in McDaniel's motion and statement of facts, the Court finds that permitting both parties adequate time to receive and review the laboratory results serves the ends of justice and procedural fairness. (*See id.*) The Court concludes that the factors supporting a continuance outweigh McDaniel's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Defendant Willie Henry McDaniel Jr.'s Motion to Exclude Time Under the Speedy Trial Act (Doc. No. 37) is GRANTED; and

2. The period of time between March 10, 2025, and May 30, 2025, is excluded from Speedy Trial Act computations in this case.

Dated:  April 9, 2025                                          /s/ *Jeffrey M. Bryan*
                                                                              Judge Jeffrey M. Bryan
                                                                              United States District Court