**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,                                  Case No. 24-CR-0274 (JMB/JFD)

      Plaintiff,

v.                                                    **FINAL ORDER OF FORFEITURE**

Willie Henry McDaniel, Jr.,

      Defendant.

---

WHEREAS, on August 14, 2025, this Court entered a Preliminary Order of Forfeiture (Doc. No. 47) for a CZ, model CZ40B, .40 caliber semi-automatic pistol, bearing serial number A1785, and any ammunition seized therewith ("the Property") pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c);

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on August 16, 2025, providing notice of the United States' intention to dispose of the Property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the Property (*see* Doc. No. 47); and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

THEREFORE, IT IS HEREBY ORDERED that:

1

1.    The United States' Motion for Final Order of Forfeiture (Doc. No. 66) is GRANTED;

2.    All right, title and interest in the Property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c); and

3.    The United States shall dispose of the property in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: August 3, 2026                                    */s/ Jeffrey M. Bryan*
                                                        Judge Jeffrey M. Bryan
                                                        United States District Court

2